NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SHARON A. STEWART,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

_____

2012-3210

_____

Petition for review of the Merit Systems Protection Board in case no. SF0353110710-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Sharon A. Stewart moves for leave to proceed in forma pauperis.

The court notes that this appeal was dismissed on October 19, 2012 for failure to pay the fee and for failure to submit the Federal Circuit Rule 15(c) statement. The Rule 15(c) statement was filed on November 29, 2012. We treat Ms. Stewart's motion for leave to proceed in forma pauperis as a motion to reinstate the appeal.

SHARON STEWART v. USPS                                         2

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is granted.

(2)  The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated.  Ms. Stewart's opening brief (form enclosed) is due within 21 days of the date of filing of this order.


FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s24